**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HUMBERTO MADRIGAL, *et al.*, ) | |
| Plaintiffs, ) | Case No. 2:08-cv-01243-PMP-GWF |
| vs. ) | **ORDER** |
| TREASURE ISLAND CORP., *et al.*, ) | Motion to Extend (#86) |
| Defendants. ) | |

This matter is before the Court on Plaintiffs' Request for the Extension of Discovery Deadlines (#86), filed June 22, 2010; Defendant Treasure Island Corp.'s Opposition to Plaintiffs' Request for Extension of Discovery Deadlines (#87), filed June 23, 2010; Plaintiffs' Reply to Defendant TI's Response to Plaintiffs' Request for the Extension of Discovery Deadlines (#93), filed July 5, 2010; and Errata to Plaintiffs' Request for the Extension of Discovery Deadlines (#92), filed July 5, 2010.

Pursuant to Fed.R.Civ.P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Upon review and consideration of the pleadings, the Court finds Plaintiffs have demonstrated good cause to extend the discovery deadlines. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Request for the Extension of Discovery Deadlines (#86) is **granted**. The discovery deadlines shall be extended as follows:

1. Discovery period ends: **July 21, 2010**;
2. Dispositive motion deadline: **August 20, 2010**; and
3. Pretrial Order due: **September 20, 2010**.

. . .

1    **IT IS FURTHER ORDERED** that the hearing on this matter currently set for July 7, 2010
2  at 2 p.m. is **vacated**.
3    DATED this 6th day of July, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge