MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 000083
GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
KRAVITZ, SCHNITZER, SLOANE
& JOHNSON, CHTD.
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
Telephone:   (702) 362-6666
Facsimile:   (702) 362-2203
Attorneys for Defendant/Counter-Claimant,
TREASURE ISLAND CORP., d/b/a TI

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HUMBERTO MADRIGAL and MARIA ESPARZA, individually and in their capacity as parents and legal guardians of JONATHAN MADRIGAL, a minor; and JONATHAN MADRIGAL,<br><br>Plaintiffs,<br><br>vs.<br><br>TREASURE ISLAND CORP., a Nevada Corporation; MGM GLOBAL HOLDINGS, LLC, a Limited Liability Company; MGM GRAND HOTEL, LLC, a Nevada Limited Liability Company; MGM GRAND RESORTS DEVELOPMENT, a Nevada Corporation; MGM GRAND RESORTS, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CASES | Case No.  2:08-cv-01243-PMP-GWF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the Plaintiffs HUMBERTO MADRIGAL, and MARIA ESPARZA, individually, and in their capacity as parents and legal guardians of JONATHAN MADRIGAL, a minor; and JONATHAN MADRIGAL, by and through their counsel of record IKENNA ODUNZE, ESQ., of the law firm of ODUNZE & SWANIGAN, LLC., and Defendant TREASURE ISLAND CORP., d/b/a TI, by and through its counsel of

record MARTIN J. KRAVITZ, ESQ. AND GINA M. MUSHMECHE, ESQ., of the law firm of KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD., that United States District Court Case No. 2:08-cv-01243-PMP-GWF, entitled Humberto Madrigal, and Maria Esparza, individually, and in their capacity as parents and legal guardians of Jonathan Madrigal, a minor; and Jonathan Madrigal v. Treasure Island Corp., d/b/a TI, including all claims and counterclaims, is hereby dismissed with prejudice, and that all parties agree to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED 9/21/2010                                   DATED 9/20/10

ODUNZE & SWANIGAN, LLC                            KRAVITZ, SCHNITZER, SLOANE
                                                  & JOHNSON, CHTD.

Ikenna Odunze, Esq.                               Martin J. Kravitz, Esq.
Nevada Bar No.: 9885                              Nevada Bar No.: 0083
3960 Howard Hughes Pkwy.                          Gina M. Mushmeche, Esq.
Ste. 500                                          Nevada Bar No.: 10411
Las Vegas, NV 89169                               8985 S. Eastern Ave., Ste. 200
                                                  Las Vegas, NV 89123

## ORDER

Good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, pursuant to stipulation of the parties, United States District Court Case No. 2:08-cv-01243-PMP-GWF, entitled Humberto Madrigal, and Maria Esparza, individually, and in their capacity as parents and legal guardians of Jonathan Madrigal, a minor; and Jonathan Madrigal v. Treasure Island Corp., d/b/a TI is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all parties are responsible for their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 23, 2010

PHILIP M. PRO
United States District Judge

Submitted by:

KRAVITZ, SCHNITZER, SLOANE
& JOHNSON, CHTD.

MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 000083
GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Attorneys for Defendant/Counter-Claimant,
TREASURE ISLAND CORP., d/b/a TI